# IN THE UNITED STATES DISTRICT COURT
## FOR THE NORTHERN DISTRICT OF GEORGIA
## GAINESVILLE DIVISION

| | |
|---|---|
| WAMUNYIMA IKASAYA, ) | |
| ) | CASE NO: 23-21445-jrs |
| Debtor, ) | |
| ) | CHAPTER 13 |
| ) | Judge James R. Sacca |
| -------------------------------------------------- ) | |
| SWIFT FINANCIAL, LLC, f/k/a Swift ) | |
| Financial Corporation, as Servicing Agent ) | |
| For WebBank ) | |
| ) | ADVERSARY |
| Plaintiff, ) | NUMBER  24-02022-jrs |
| ) | |
| vs. ) | |
| ) | |
| WAMUNYIMA IKASAYA, ) | |
| ) | |
| Defendant ) | |

## Report of Rule 26(f) Conference

Pursuant to Fed R. Civ. P. 26(f) and BLR 7016(1), the parties report the following:

**1. Initial Disclosures.** (Include one or more of the following, modified as appropriate.)

[ ]  The parties have made the initial disclosures required by FED R. CIV. P. 26(a)(1).

[ ]  The parties agree to exchange written and verified initial disclosures.

[**X**]  The parties have agreed not to make initial disclosures and to waive the requirements

of Fed. R. Civ. P. 26(a)(1) with regard to same.

**2. Discovery Plan**. The parties jointly propose to the Court that discovery shall be completed by **December 31, 2024**, subject to modification by the Court with the consent of the parties or for good cause shown.

3. **Other items.**

(a)  The parties shall submit a consolidated pretrial order no later than **30 days after resolution of any dispositive Motions**.  See Bankruptcy Local Rule 7016-2.

(b)  Unless further ordered by the Court, Plaintiff will be allowed until **October 15, 2024**, to file motions to join additional parties and until **October 15, 2024** to file motions to amend the pleadings.

(c)  Unless further ordered by the Court, Defendant will be allowed until **October 15, 2024** to file motions to join additional parties and until **October 15, 2024** to file motions to amend the pleadings.

(d)  All dispositive motions, including Motions for Summary Judgment, will be filed by **January 31, 2024**.

4. **Settlement Potential.**

(a)  The parties [**X** ] have [ ] have not discussed settlement.

(b)  The parties [**X** ] do [ ] do not intend to hold additional settlement conferences among themselves prior to the close of discovery. The proposed date of the next settlement conference is **by November 1, 2024**.

(c)  The parties [**X** ] have [ ] have not considered alternative dispute resolution.

(d)  Settlement prospects may be enhanced by one of the following alternative dispute resolution procedures [check applicable boxes]: [**X** ] Mediation; [**X** ] Judicial settlement conference; [ ] Early neutral evaluation; [ ] Other.

5.   Identify any other matters regarding this Court's authority or jurisdiction, discovery or case management that may require the Court's attention (e.g., concerns about confidentiality; the need for protective orders; unmovable scheduling conflicts).  This is a core proceeding.  **None.**

6.   Any other matters not covered above.  **None**

7.   Whether the parties [ ] do [**X** ] do not request a conference with the Court prior to entry of the scheduling order. Any such conference may be [ ] by telephone [ ] in chambers [ ] in Court.

Respectfully Submitted, this 24th day of September, 2024.

| | |
|---|---|
| HAYS & POTTER, LLP | Law Offices of Douglas Jacobson, LLC |
| Attorneys for Swift Financial, LLC | Attorneys for Wamunyima Ikasaya |
| | |
| /s/ James W. Hays | /s/ W. Douglas Jacobson |
| James W. Hays | W. Douglas Jacobson |
| Georgia Bar # 340910 | Georgia Bar # 223344 |
| | |
| 3945 Holcomb Bridge Rd., Ste. 300 | 11539 Park Woods Circle, Suite 304 |
| Peachtree Corners, Georgia 30092 | Alpharetta, GA  30005 |
| (770) 934-8858 | (678) 341-9114 |
| beau@hayspotter.com | douglas@douglasjacobsonlaw.com |