**IT IS ORDERED as set forth below:**



**Date: September 26, 2024**

_____
**James R. Sacca**
**U.S. Bankruptcy Court Judge**

_____

## UNITED STATES BANKRUPTCY COURT
## NORTHERN DISTRICT OF GEORGIA
## GAINESVILLE DIVISION

| | | |
|---|---|---|
| IN RE: | ) | CHAPTER 13 |
| | ) | |
| WAMUNYIMA IKASAYA, | ) | |
| | ) | Case No. 23-21445-JRS |
| Debtor(s). | ) | |
| _____ | ) | |
| | ) | |
| SWIFT FINANCIAL, LLC f/k/a SWIFT | ) | |
| FINANCIAL CORPORATION, as Servicing | ) | |
| Agent for WebBank, | ) | |
| Plaintiff(s), | ) | |
| | ) | |
| v. | ) | Adversary Proceeding |
| | ) | |
| WAMUNYIMA IKASAYA, | ) | Case No. 24-2022 |
| Defendant(s). | ) | |
| _____ | ) | |

## ORDER ON RULE 26(f) REPORT

Upon review of the information contained in the Rule 26(f) Report completed and filed by the Plaintiffs and Defendant on September 24, 2024, and incorporated herein, it is

**ORDERED** that the time limits and provisions stated in the Report are **APPROVED** and HEREBY made the Order of the Court. If parties desire mediation or other form of alternative

dispute resolution, parties shall file a motion with the Court requesting this relief.

    The Clerk is directed to serve the Plaintiff, Plaintiff's Attorney, Defendant, Defendant's Attorney, and the Ch. 13 Trustee.

**END OF ORDER**